JUDGE KOELTL

07 CIV 8857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NECOSHIP ITALIA SPA,

                              Plaintiff,           :      07 Civ. _____

      - against -                    :      ECF CASE

COSMOTRADE EXPORTS SA, COSMOTRANS
NAVIGATION SA and COSMOFREIGHT INC.,

                         Defendants.

------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                              NONE.

Dated: October 15, 2007
       Southport, CT

                         The Plaintiff,
                         NECOSHIP ITALIA SPA

                         By:_____
                         Nancy R. Peterson (NP 2871)
                         Patrick F. Lennon (PL 2162)
                         LENNON, MURPHY & LENNON, LLC
                         The Gray Bar Building
                         420 Lexington Ave., Suite 300
                         New York, NY 10170
                         (212) 490-6050
                         facsimile (212) 490-6070
                         nrp@lenmur.com
                         pfl@lenmur.com