*JUDGE KOELTL*

*Koeltl, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8857**

----------------------------------------------------------------------X

NECOSHIP ITALIA SPA,

                               :       07 Civ. _____

                Plaintiff,

       - against -

COSMOTRADE EXPORTS SA. COSMOTRADE
NAVIGATION SA AND COSMOFREIGHT INC.,

                Defendants.

USDC SDNY      ECF CASE
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2007

EX-PARTE ORDER
FOR PROCESS
OF MARITIME
ATTACHMENT

----------------------------------------------------------------------X

WHEREAS, on October 15, 2007 Plaintiff, NECOSHIP ITALIA SPA, filed a Verified

Complaint herein for damages amounting to **$230,769.47** inclusive of interest, costs and reasonable

attorney's fee, and praying for the issuance of Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims

of the Federal Rules and Civil Procedure; and

       **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendants'

property within the District of this Court; and

       **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit,

and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

       **NOW,** upon motion of the Plaintiff, it is hereby:

       **ORDERED,** that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment

against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub charter hire or any other

funds or property up to the amount of **$230,769.47** belonging to, due or being transferred to, from or

for the benefit of the Defendant(s), including but not limited to such property as may be held, received

or transferred in Defendants' name(s), or as may be held, received or transferred for its benefit at,

moving through, or within the possession, custody or control of banking/financial institutions and/or

other institutions or such other garnishes to be named, or later identified, on whom a copy of the

Process of Maritime Attachment and Garnishment may be served; and it is

    **ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

    **ORDERED** that following initial service by the U.S. Marshal or other designated process

server upon each garnishee, that supplemental service of the Process of Maritime Attachment and

Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee; and it is further

    **ORDERED** that service on any garnishee as described above is deemed to be effective and

continuous service throughout the remainder of the day upon which service is made commencing

from the time of such service, and such service is further deemed to be effective through the end of

the next business day, provided that another service is made the next business day; and it is further

    **ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may

consent, in writing, to accept service by any other means.

Dated: October 16, 2007

SO ORDERED:

_____
U.S.D.J.