Cardillo & Corbett
Attorneys for Defendant
COSMOTRADE EXPORTS SA
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NECOSHIP ITALIA SPA,                 :    07 Civ. 8857 (JGK)

             Plaintiff,      :        **EFC**

     -against-                      :    **RULE 7.1 STATEMENT**

COSMOTRADE EXPORTS SA,               :
COSMOTRANS NAVIGATION SA and
COSMOFREIGHT INC.,                   :

             Defendants.     :
------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, COSMOTRADE EXPORTS SA, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
         February 14, 2008

                                     CARDILLO & CORBETT
                                     Attorneys for Defendant
                                     COSMOTRADE EXPORTS SA

                           By: _____
                                James P. Rau (JR 7209)
                                29 Broadway
                                New York, NY 10006
                                (212) 344-0464