UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

NECOSHIP ITALIA SPA,

                    Plaintiff,

        - against -

COSMOTRADE EXPORTS SA, et al.,

                    Defendants.

07 Civ. 8857 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

        The parties are to provide the Court with a status report

by letter no later than **April 18, 2008**.


SO ORDERED.

Dated:    New York, New York
          March 6, 2008

                                    John G. Koeltl
                                    United States District Judge