Cardillo & Corbett
Attorneys for Defendant
COSMOTRADE EXPORTS SA
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NECOSHIP ITALIA SPA,                :
                                    :     07 Civ. 8857 (JGK)
                Plaintiff,          :
                                    :     ECF
                                    :
        -against-                   :
                                    :     **NOTICE OF MOTION**
                                    :     **FOR COUNTER-SECURITY**
COSMOTRADE EXPORTS SA,              :     **ON COUNTERCLAIM**
COSMOTRANS NAVIGATION SA and        :
COSMOFREIGHT INC.,                  :
                                    :
                                    :
                Defendants.         :
------------------------------------x

      PLEASE TAKE NOTICE, that upon the annexed Affidavit of James P. Rau, sworn to on the 21st day of April, 2008, and upon all the papers filed herein, the undersigned will move this Court in Room 12B, before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on the 13th day of May, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order, pursuant to the provisions of Rule E(7) of the Supplemental Rules for Certain Admiralty and Maritime Claims,

directing Plaintiff to provide counter-security on Defendant's counterclaim and vacating the attachment of Defendants' funds if the Plaintiff does not provide such counter-security, and for such other, further and different relief as may be just in this matter.

Pursuant to Local Rule 6.1 of the Southern District of New York, answering papers are due ten (10) business days from service of this motion.

Dated: New York, New York
       April 21, 2008

                                    CARDILLO & CORBETT
                                    Attorneys for Defendant
                                    COSMOTRADE EXPORTS SA

                                    By: _____
                                        James P. Rau (JR 7209)

                                        29 Broadway
                                        New York, New York 10006
                                        Tel: (212) 344-0464
                                        Fax: (212) 797-1212

TO:   Lennon Murphy & Lennon
      Nancy R. Peterson, Esq.
      (Via ECF)