USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NECOSHIP ITALIA SPA,

                Plaintiff,

-against-

COSMOTRADE EXPORTS SA, COSMOTRANS
NAVIGATION SA and COSMOFREIGHT INC.,
                Defendants.
-----------------------------------------------------------X

07 CIVIL 8857 (JGK)

**JUDGMENT**

    Whereas the parties having stipulated to the release of attached property, vacating the maritime attachment and dismissing the action, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on June 19, 2008, having rendered its Order directing the Clerk of the court to enter judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 19, 2008, the action is dismissed, without prejudice and without costs; accordingly, the case is closed.

**Dated:** New York, New York
         June 30, 2008

                              J. MICHAEL McMAHON
                              Clerk of Court

BY: _____
           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____